# EXHIBIT A

# LIMITED LIABILITY COMPANY OPERATING AGREEMENT OF GEORGIAN BACKYARD LLC

FORMED IN THE STATE OF New York

This Agreement, entered into on October 1, 2020, is a multi-member LLC OPERATING AGREEMENT, entered into by and between

**MARIAM QURASHVILI** and **LIA BECK** known as the "Member"

WHEREAS the Member(s) desire to create a limited liability company under the laws of the State of New York and set forth the terms herein of the Company's operation and the relationship between Members.

NOW, THEREFORE, in consideration of the mutual covenants set forth herein and other valuable consideration, the receipt and sufficiency of which hereby are acknowledged, the Member(s) and the Company agree as follows:

1. Name and Principal Place of Business

The name of the Company shall be **GEORGIAN BACKYARD LLC** the principal place of business of the Company shall be at

1871 86 TH STREET, BROOKLYN, NY 11214

2. Formation

The Company was formed on October 1, 2020, when the Members filed the Articles of Organization with the office of the Secretary of State pursuant to the statutes governing limited liability companies in the State of New York.

3. Purpose
The purpose of the Company is to engage in and conduct all lawful businesses, activities or functions, and to carry on any other lawful activities in connection with or incidental to the foregoing, as the Members in their discretion shall determine.

4. Term

The term of the Company shall be perpetual, commencing on the filing of the Articles of Organization of the Company, and continuing until terminated under the provisions set forth herein.

5. Member Capital Contributions

Each Member has contributed the following capital amounts to the Company as set forth below and are not obligated to make any additional capital contributions:

MARIAM QURASHVILI $-----------

LIA BECK $-----------

6. Distributions

For purposes of this Agreement "net profits" and "net losses" mean the profits or losses of the Company resulting from the conduct of the Company's business, after all expenses, including depreciation allowance, incurred in connection with the conduct of its business for which such expenses have been accounted.

| Member | Percentage Interest |
|---|---|
| MARIAM QURASHVILI | **50%** |
| LIA BECK | **50%** |

7. Books, Records and Tax Returns

MULTI-MEMBER: The Members, or their designees, shall maintain complete and accurate records and books of the Company's transactions in accordance with generally accepted accounting principles.

8. Bank Accounts

All funds of the Company shall be deposited in the Company's name in a bank account or accounts as chosen by the Member(s). Withdrawals from any bank accounts shall be made only in the regular course of business of the Company and shall be made upon such signature or signatures as the Members from time to time may designate.

## 9. Management of the Company

The business and affairs of the Company shall be conducted and managed by the Members in accordance with this Agreement.

## 10. Representations of Members

Each of the Members represents, warrants and agrees that the Member is acquiring the interest in the Company for the Member's own account for investment purposes only and not with a view to the sale or distribution thereof.

**IN WITNESS WHEREOF**, the parties have executed this Agreement this _____ day of October, 2020

_____, LLC

By:_____

MARIAM QURASHVILI    Member Signature


LIA BECK    Member Signature